# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3343
_____

DEMETRIS WALLACE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


July 23, 2025


PER CURIAM.

DISMISSED. *See Mack v. State*, 380 So. 3d 1248, 1248-49 (Fla. 1st DCA 2024) ("There simply cannot be a cognizable claim for ineffective assistance of appellate counsel in this situation . . . . Under this mandated [*Anders*] process, an affirmance by the appellate court in essence is the court's determination that the appellant has received his constitutionally guaranteed right to effective assistance from [appellate] counsel.").

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Demetris Wallace, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.